# Ben Lingle

| | |
|---|---|
| **From:** | Heather N. Diamond <Heather.Diamond@fmglaw.com> |
| **Sent:** | Monday, April 21, 2025 5:47 PM |
| **To:** | Ben Lingle; Bill Hunter; Ashleigh Rasheed-Britt; trisha@hawkinsfirm.com; Greg Hodges; Airika Dunn |
| **Cc:** | Michael M. Hill |
| **Subject:** | STATUTORY ELECTRONIC SERVICE (CAFN. 4:23-CV-00284-WMR-WEJ) Christopher Cox v. City of Calhoun |
| **Attachments:** | Second Amended Defendants Objections and Responses to Plaintiff's First Production of Documents(31252787.1).pdf; Rule 5.4 COSD - Second Amend to Pl(31253520.1).pdf; Complaint against Cox.pdf; Holbert discipline.pdf; redacted investigative summary(31223888.1)_Redacted.pdf |

Some people who received this message don't often get email from heather.diamond@fmglaw.com. Learn why this is important

Dear Counsel,

Attached please see the following:

- Second Amended Defendants Objections and Responses to Plaintiff's First Production of Documents
- Rule 5.4 Which has just been filed with the court
- Responsive Documents

This email serves as electronic service on all parties pursuant O.C.G.A. § 9-11-5(b). This will also confirm that these pleadings will not be additionally served via US Mail.

Thank you for your time and attention to this matter.

**Heather N. Diamond**
Paralegal
**Freeman Mathis and Gary, LLP**
100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948
D: 678-236-9080
Email: Heather.Diamond@fmglaw.com
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

1

