| AGENCY ID | SUPPLEMENTAL REPORT | CASE NUMBER |
|---|---|---|
| GA 0640100 | ☐ ORIGINAL  ☐ SUPPLEMENTAL   Page 1 of 1 | |

On 12/05/2022 at approximately 10:06 hours, a Ms. Tammy Evans came to the Calhoun Police Department to speak with Lt. Commander Printup and myself. Ms. Evans advised that a Mr. Roger Smith that was employed by the City of Calhoun and was a Batallion Chief was talking to a 17 year old female. Ms. Evans advised that Mr. Smith brought the female, later identified as ▇▇▇▇, to the fire hall located on S Wall St. Ms. Evans advised that she knew of this incident due to the fact she was friends with Mr. Smith's wife, Ms. Trenna Smith. Ms. Evans advised that the couple were currently going through a divorce due to this incident. Ms. Evans advised that on 10/19/2022 at approximately 12:54 hours, Ms. Smith, ▇▇▇, and herself met at Cracker Barrel and discussed the situation. Ms. Evans advised that during the conversation, ▇▇▇ showed Ms. Smith facebook messages between Mr. Smith and herself. Ms. Evans advised that ▇▇▇ works at Big John's Sweet Shop and that is how the couple met. Ms. Evans advised that while speaking with ▇▇▇ advised that she met with Mr. Smith at the fire hall on S. Wall st. During the recording, you could hear ▇▇▇ state that Mr. Smith had her park at the old building beside the fire hall and he came to her car and got in. ▇▇▇ then stated that while visiting with Mr. Smith he kissed the back of her neck and touched her breast area. ▇▇▇ stated that when Mr. Smith touched her breast, he asked if she needed to be checked for breast cancer. ▇▇▇ stated that Mr. Smith had asked for photos, however she did not send any because it would be child pornography. ▇▇▇ stated that they talked while she was 17, however she recently turned 18. ▇▇▇ stated that she told coworkers at Big John's that she was talking to Mr. Smith and she was advised that it "wouldn't end well". ▇▇▇ stated that Mr. Smith would refer to her as his girlfriend and that he was bored with Trenna. When ▇▇▇ advised Mr. Smith that she wanted to quit talking to him, he advised that coming to a stopping point would be good due to the fact that they hadn't gotten caught yet. ▇▇▇ advised that the messaging began around August 2022 and continued until November 2022. After listening to the recording, Ms. Evans asked what she should do in reference to Mr. Smith having ▇▇▇ at the fire hall. Ms. Evans advised that she contacted Mr. Courtney Taylor with Emergency Management. Ms. Evans advised that she then contacted Mr. Chris Cox with the fire department and advised him of the situation. Ms. Evans was advised that those individuals are the ones that needed to know. At the time of the report, no criminal actions had occurred.

CASE STATUS: ☐ ACTIVE  ☐ CLEARED BY ARREST  ☐ EX CLEARED  ☐ UNFOUNDED

| REPORTING OFFICER | BADGE # | APPROVING OFFICER | BADGE |
|---|---|---|---|
| Det. C. Wilkerson | 68 | | |

EXHIBIT 7

DEF002624